■ JOSEPH J. MICCIULLI et al., Respondents, v TOWN OF HEMPSTEAD et al., Appellants. [733 NYS2d 918] —In an action to recover damages for personal injuries, etc., the defendants appeal from an order of the Supreme Court, Nassau County (Winick, J.), dated November 28, 2000, which denied their motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, without costs or disbursements.

There are issues of fact requiring the denial of summary judgment. Ritter, J. P., Krausman, Goldstein and S. Miller, JJ., concur.